No. 408. JANIGAN v. TAYLOR ET AL. C. A. 1st Cir. Certiorari denied. *Matthew Brown* for petitioner. *Charles C. Cabot, Jr.*, for respondents.

No. 410. TRAILWAYS OF NEW ENGLAND, INC. v. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, AFL–CIO, DIVISION 1318. C. A. 1st Cir. Certiorari denied. *Morris J. Levin, Betty Southard Murphy* and *Richard R. Paradise* for petitioner. *Earle W. Putnam* for respondent.

No. 391. RAILWAY EXPRESS AGENCY, INC. v. CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William Q. Keenan* and *John E. Powell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Lionel Kestenbaum, Gerald Kadish, O. D. Ozment* and *Robert L. Toomey* for the Civil Aeronautics Board, and *Alfred V. J. Prather, Warren E. Baker* and *Robert L. Stern* for American Airlines, Inc., et al., respondents.

No. 43, Misc. LOTT v. MICHIGAN ET AL. Sup. Ct. Mich. Certiorari denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, for respondents.

No. 130, Misc. STURGIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Herman I. Pollock* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.